GREENWICH SAVINGS BANK, Respondent, v. COMMONWEALTH REALTY CORPORATION et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See *ante*, p. 869.]

JANDOUS ELECTRIC CONSTRUCTION CORP., Respondent, v. D. H. DAVE, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The defense stricken is insufficient in law and was, therefore, properly stricken. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

## (December 9, 1954.)

ARTHUR M. TIBER v. CECIL B. TIBER.— Motion to dismiss appeal dismissed. (See *Haber* v. *Murray*, 226 App. Div. 807.) Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

F. C. RUSSELL COMPANY v. JOHN A. KAYE.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of the Arbitration between HERMAN SHARLIT, Appellant, and GLOBE INDEMNITY COMPANY et al., Respondents.— Motion to dismiss appeal granted, with $10 costs to the respondent Globe Indemnity Company. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

REUBEN MOSKOWITZ et al., Copartners, v. ISIDORE GLASS et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. STEUER, Appellant, et al., Defendant.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

LEONA EKSTROM et al., v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

NATHAN STOLPER v. FRANK R. BARBARITA.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.